IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ANKIT BHAKTA, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: |
| | § | 6:21-CV-00753-ADA-JCM |
| | § | |
| CARADAY HEALTHCARE, LLC | § | |
| | § | |
| DEFENDANT. | § | |

## ORDER OF DISMISSAL

Came on for consideration is Plaintiff Ankit Bhakta and Defendant Caraday Healthcare, LLC's Joint Stipulation of Dismissal with Prejudice. ECF No. 16. The parties seek dismissal with prejudice of their claims against each other in this lawsuit.

IT IS ORDERED that Plaintiff's claims for relief against Defendant are dismissed with prejudice and Defendant's claims, defenses, and/or counterclaims for relief against Plaintiff are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

SIGNED this 29th day of November, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1